UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MITSUI & CO. LTD. and MITSUI OIL
(ASIA) HONG KONG LTD.

            Plaintiff,

- against -

PROJECTOR S.A.

            Defendant.
----------------------------------------X

08 CV _____
ECF CASE



## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: August 21, 2008
       New York, NY

            The Plaintiffs,
            MITSUI & CO. LTD. and MITSUI OIL
            (ASIA) HONG KONG LTD.

By: _____
            Thomas L. Tisdale (TT 5263)
            Claurisse Campanale-Orozco (CC 3581)
            TISDALE LAW OFFICES, LLC
            11 West 42nd Street, Suite 900
            New York, NY 10036
            (212) 354-0025 – phone
            (212) 869-0067 – fax
            ttisdale@tisdale-law.com
            corozco@tisdale-law.com